CENTRAL MFG. CO., Appellant,

v.

HEPA CORPORATION, Appellee.

No. 05–1566.

United States Court of Appeals,
Federal Circuit.

Jan. 18, 2006.

ON MOTION

*ORDER*

SCHALL, Circuit Judge.

Upon consideration of Central Mfg. Co.'s motion for reconsideration of this court's December 30, 2005 order dismissing its appeal for failure to file an entry of appearance, an entry of appearance now on file,

